In the Matter of D. A. SCHULTE, INC., Appellant, against MARK GRAVES et al., Constituting the State Tax Commission, Respondents.

In the Matter of PARK & TILFORD, Appellant, against MARK GRAVES et al., Constituting the State Tax Commission, Respondents.

(Argued January 22, 1935; decided February 26, 1935.)

*Walter H. Liebman, Jr.,* and *David Levy* for appellants. *John J. Bennett, Jr., Attorney-General (Caleb Candee Brown, Jr.,* and *Henry Epstein* of counsel), for respondents.

In each proceeding, order affirmed, with costs; no opinion. (See 266 N. Y. 665.)

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.